IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

EULAH B. BAILEY,                      )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )        Case No.05-0294-CV-W-HFS
                                      )
UNITED STATES POSTAL SERVICE,         )
et al.,                               )
                                      )
        Defendants.                   )

## MEMORANDUM TO THE PARTIES

It has been brought to my attention that, due to clerical error, pro se plaintiff's timely filed response was not properly docketed.[1] Although the response has now been duly considered, it does not alter my determination as noted in the order dated December 27, 2005, which granted defendants' motion.

                                      /s/ Howard F. Sachs
                                      HOWARD F. SACHS
                                      UNITED STATES DISTRICT JUDGE

December 29, 2005

Kansas City, Missouri

---

[1] On December 1, 2005, defendants moved to dismiss improperly named defendants, pursuant to 42 U.S.C § 2000e-16(c). In her response, plaintiff concurs.